CONSTANCE J. YU (State Bar No. 182704)
E-Mail:     *cyu@sideman.com*
RYAN J. MECKFESSEL (State Bar No. 215952)
E-Mail:     *rmeckfessel@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:  (415) 392-1960
Facsimile:  (415) 392-0827

Attorneys for Plaintiff
CENTRAL PAYMENT CO., LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| CENTRAL PAYMENT CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>JARED HACKLER, an Individual, ACCESS FLEET, INC., a Nevada Corporation, ANDREW HACKLER, an Individual,<br><br>Defendants. | CASE NO. 3:08-cv-01890-WHA<br><br>**E-FILE**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff CENTRAL PAYMENT CO., LLC ("CPC") voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1). To date, no Defendant has filed an answer to the complaint or a motion for summary judgment and, therefore, Plaintiff is entitled to voluntary dismissal of the action.

DATED: May 2, 2008                    Respectfully submitted,

SIDEMAN & BANCROFT LLP


By:   */s/ Ryan J. Meckfessel*
      RYAN J. MECKFESSEL
Attorneys for Plaintiff
CENTRAL PAYMENT CO., LLC

10826\599672v1

1                                                Case No. 3:08-cv-01890-WHA

NOTICE OF VOLUNTARY DISMISSAL